PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Michael Valentine  **Docket Number:** 03-00214-001
**PACTS Number:** 31932

**Name of Sentencing Judicial Officer:** Honorable William G. Bassler, Sr. USDJ

**Name of Assigned Judicial Officer:** Honorable Jose L. Linares, USDJ

**Date of Sentence:** 05/18/2005

**Original Offense:** POSSESSION WITH INTENT TO DISTRIBUTE CRACK COCAINE

**Original Sentence:** 77 months imprisonment; 5 years supervised release; $100 special assessment; $500 fine.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 09/28/07

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Donald S. McCauley, Federal Public Defender, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] **To issue a summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On September 23, 2011, Valentine was arrested by the Paterson Police Department for aggravated assault. The alleged criminal conduct involved the physical assault of the offender's wife, Beverly Valentine. |
| | The Probation Office has determined this conduct constitutes a **Grade A violation.** |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation** |

PROB 12C - Page 2
Michael Valentine

officer, and shall submit a truthful and complete written report within the first five days of each month.'

Valentine has failed to submit monthly supervision reports since April 2011.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin P. Egli
U.S. Probation Officer
Date: 09/26/11

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ✓ ] The Issuance of a Summons. Date of Hearing: 10/17/11 at 11:30 AM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/7/11
Date